DENNIS R. HILL and SANDRA D. HILL
Co-Trustees
3817 CAMPOLINDO DRIVE
MORAGA, CA 94556
DENNIS R. HILL and SANDRA D. HILL,
Trustees of the Hill Trust Dated June 15, 1994
In Pro Per Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT<br><br>Plaintiff,<br><br>vs.<br><br>A.N. NALYX, INC., a California corporation dba R.C. LIQUORS, DENNIS R. HILL and SANDRA D. HILL, TRUSTEES OF THE HILL TRUST Dated June 15, 1994, DANA D. SKETCHLEY and MARY J. SKETCHLEY, CO-TRUSTEES FOR THE SKETCHLEY FAMILY TRUST dated December 10, 2002, and DOES ONE to FIFTY, inclusive,<br><br>Defendants. | CASE NO.: CV-12-3593 (EDL)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Marshall Loskot ("plaintiff"), by and through his attorney of record, and defendants Dennis R. Hill and Sandra D. Hill, Trustees of the Hill Trust dated June 15, 1994 ("defendants"), in pro per, hereby stipulate and agree as follows:

1. Defendants are afforded an additional thirty (30) days in which to file a responsive pleading in this matter.

IT IS SO STIPULATED.

SINGLETON LAW GROUP

Dated: August 17, 2012    By: [signature]

Page 1 of 2

JASON K. SINGLETON
Attorney for Plaintiff
MARSHALL LOSKOT

IT IS SO STIPULATED.

Dated: August 17, 2012

IN PRO PER

By: *Dennis R. Hill*
Dennis R. Hill

By: *Sandra D. Hill*
Sandra D. Hill

DENNIS R. HILL and SANDRA D. HILL, Trustees of the Hill Trust Dated June 15, 1994

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 29, 2012

*Elizabeth D. Laporte*
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE