UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARSHALL LOSKOT,<br>　　　　Plaintiff,<br>v.<br>A. N. NALYX, INC., et al.,<br>　　　　Defendants. | Case No. 12-cv-03593-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br>Re: Dkt. No. 21. |
|---|---|

　　　The parties have jointly stipulated to a settlement of this cause and agreed to dismiss this action with prejudice. Dkt. No. 21. Pursuant to Rule 41(a)(1)(a)(ii) of the federal rules of civil procedure, since all parties who have appeared have signed the stipulation of dismissal, the dismissal is effective without court order. This action has been dismissed with prejudice. The clerk is directed to close the file.

　　　**IT IS SO ORDERED.**

Dated: March 16, 2013

_____
Jon S. Tigar
United States District Judge