United States District Court
Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5             NORTHERN DISTRICT OF CALIFORNIA
6
7    MARSHALL LOSKOT,                          Case No.   12-cv-03593-JST
              Plaintiff,
8
        v.                                     **MINUTE ORDER NOTING DISMISSAL**
9
10   A. N. NALYX, INC., et al.,                Re: Dkt. No. 21.
              Defendants.
11
12
13        The parties have jointly stipulated to a settlement of this cause and agreed to dismiss this

14   action with prejudice.  Dkt. No. 21.  Pursuant to Rule 41(a)(1)(a)(ii) of the federal rules of civil

15   procedure, since all parties who have appeared have signed the stipulation of dismissal, the

16   dismissal is effective without court order.  This action has been dismissed with prejudice.  The

17   clerk is directed to close the file.

18        **IT IS SO ORDERED.**

19   Dated: March 16, 2013

20   _____
     Jon S. Tigar
21   United States District Judge

22
23
24
25
26
27
28